UNITED STATES DISTRICT COURT $\;$ F I L E D

SOUTHERN DISTRICT OF CALIFORNIA 08 FEB 25 PM 4: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE                )    Misc. No.        '08 MJ 0560
THE EXTRADITION OF                  )
GEORGE RAYMOND WILLIAMS         )    BY: COMPLAINT FOR PROVISIONAL
                                    )    ARREST WITH A VIEW TOWARDS
                                    )    EXTRADITION (18 U.S.C. § 3184)
                                    )
                                    )
                                    )
_____)

I, Peter J. Mazza, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1.    In this matter, I act for and on behalf of the Government of Mexico ("requesting state");

2.    There is an extradition treaty in force between the United States and Mexico, 31 U.S.T. 5059; TIAS 9656;

3.    The extradition treaty between the United States and Mexico provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request and supporting documents;

4.    In accordance with Article 11 of the extradition treaty, the Government of Mexico has asked the United States through diplomatic channels for the provisional arrest of GEORGE RAYMOND WILLIAMS with a view towards his extradition;

5.    According to the information provided by the requesting state in the form authorized by the extradition treaty, GEORGE RAYMOND WILLIAMS is charged in the State of Jalisco with corruption of minors and attempted child prostitution, as covered by and punishable under Articles 136, 174, and 174 bis section II of the Penal Code of the State of Jalisco. On February 9, 2004, the First Judge for Criminal Matters of Puerta Vallarta, Jalisco issued a warrant for the arrest of GEORGE RAYMOND WILLIAMS in criminal case number 119/2003-B.

6.    The warrant was issued on the basis of the following facts:

        a.    As set forth in Diplomatic Note 08332 dated October 25, 2007, on April 21,

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION

2003, victims Jorge Daniel Cruz Torres, age 13, and Zulema Vidriana Cruz Paz, age 9, were invited to the house of GEORGE RAYMOND WILLIAMS (hereafter "WILLIAMS") in Puerta Vallarta, Jalisco by a relative of Jorge's named Paulina Romero Tovar.  Once they arrived at the house, Paulina Romero Tovar left the children alone with WILLIAMS.  WILLIAMS offered the children sodas and began to show them photographs of naked men and women as well as a movie with people having sex.  Cruz Paz stated to authorities that at this point WILLIAMS touched her breasts and stomach and that she prevented him from touching her vagina. After viewing the film for some time, WILLIAMS told the children to remove their clothes.  Cruz Torres obeyed and WILLIAMS helped him to remove his pants.  Cruz Paz refused.  WILLIAMS took Cruz Torres into another room and proceeded to sodomize him, according to statements to police by Cruz Torres.

b.    When Cruz Torres did not emerge for some time, Cruz Paz knocked on the door.  WILLIAMS answered and asked Cruz Paz if she would have sex with WILLIAMS and Cruz Torres.  Cruz Paz refused.  At this point, WILLIAMS went into the bathroom, allowing Cruz Paz and Cruz Torres to escape.  The children went immediately to the police to report the incident, and WILLIAMS was arrested later that day.

c.    WILLIAMS admitted in his statement to police that he sodomized Cruz Torres, offered to pay him 50 Mexican pesos, and had sodomized previously.  WILLIAMS also admitted to attempting to have sex with the Cruz Paz as well but that she stopped him from doing so.  Both Cruz Torres and WILLIAMS state that this was not the first occasion in which WILLIAMS sodomized Cruz Torres and Cruz Torres stated that he received 50 and 30 Mexican pesos from WILLIAMS on the prior occasions.

d.    WILLIAMS was arrested in Jalisco for this crime; however, he was released on bail and failed to appear a court hearing, and the Jalisco authorities issued

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION                    -2-

a second arrest warrant.

7.  This crime is an extraditable offense under Article 2, Paragraphs 1 and 4(a) of the Extradition Treaty between the United States and Mexico and Item 5 of its Appendix.

8.  GEORGE RAYMOND WILLIAMS is a United States citizen, with a date of birth of September 27, 1936. United States Marshals Service has determined that GEORGE RAYMOND WILLIAMS is currently incarcerated at RJ Donovan State Correction Center, with a release date of March 11, 2008. A photograph of GEORGE RAYMOND WILLIAMS taken at the time of his arrest in Jalisco, Mexico was included in the request from the Mexican officials. A copy of this photograph is attached to this complaint as Attachment A. The United States Marshals Service thereafter obtained a photograph of GEORGE RAYMOND WILLIAMS taken in San Diego, California prior to his incarceration at RJ Donovan Correctional Center. A copy of that photograph is attached to this complaint as Attachment B.

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of GEORGE RAYMOND WILLIAMS be issued in accordance with 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico; and that, if on such hearing, the Court deems the evidence sufficient under the provisions of the treaty to sustain the charge, the Court certify the same to the Secretary of State in order that a warrant may be issued for the surrender of GEORGE RAYMOND WILLIAMS to the appropriate authorities of Mexico according to the stipulations of the treaty; and for such other actions as the Court at the time may be required to take under the provisions of the treaty and the laws of the United States.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

PETER J. MAZZA
Assistant United States Attorney

Sworn to before me and subscribed in my presence this 22d day of Feb. 2008 at San Diego, California.

WILLIAM McCURINE, JR.
United States Magistrate Judge

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION                    -3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT A

PARA

MANDAMIENTOS
JUDICIALES



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT B

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION

