| | |
|---|---|
| 1 | **MICHELLE BETANCOURT**<br>California State Bar No. 215035 |
| 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.<br>225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008<br>Telephone: (619) 234-8467 Ext. 3737 |
| 4 | Facsimile: (619) 687-2666<br>michelle_betancourt@fd.org |
| 5 | |
| 6 | Attorneys for Mr. Williams |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN THE MATTER OF THE<br>EXTRADITION OF<br><br>**GEORGE RAYMOND WILLIAMS** | )<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

Respectfully submitted,

Dated: March 13, 2008

 s/ *Michelle Betancourt*
**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
michelle_betancourt@fd.org