AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: RM  DEPUTY

In the Matter of the Extradition
of GEORGE RAYMOND WILLIAMS

## WARRANT FOR ARREST

MISC. NUMBER: '08 MJ 0560

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  GEORGE RAYMOND WILLIAMS
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense)

Being a fugitive from Mexico, which has sought provisional arrest with a view towards extradition to answer a charge of corruption of minors and attempted child prostitution, as covered by and punishable under Articles 136, 174, and 174 bis section II of the Penal Code of the state of Jalisco, Mexico.

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**

U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA
2008 FEB 26 A 11:43
RECEIVED

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| Signature of Deputy | 2/22/08  San Diego, California |
|  | Date and Location |
| Bail fixed at $ No Bail | by The Honorable William McCurine, Jr. |
|  | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE 3/11/08  ARRESTED BY DUSMs Locke & Belcher  STEVEN C. STAFFORD  ACTING U.S. MARSHAL, S/CA  BY: [signature] | 111 2 |

CLASS I "E"