1   KAREN P. HEWITT
    United States Attorney
2   PETER J. MAZZA
    Assistant U.S. Attorney
3   California State Bar No. 239918
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-5528/(619) 235-2757 (Fax)
    Email: peter.mazza@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8                       UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE EXTRADITION )    Case No. 08MJ0560-POR
    OF GEORGE RAYMOND WILLIAMS       )
11                                   )
                                     )
                                     )    NOTICE OF APPEARANCE
12                                   )
                                     )
13                                   )
                                     )
14                                   )
                                     )
15                                   )
                                     )
16  _____    )

17
    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
18
        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.
19
        I certify that I am admitted to practice in this court or authorized to practice under CivLR
20
    83.3.c.3-4.
21
        The following government attorneys (who are admitted to practice in this court or authorized
22
    to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
23
    counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to
24
    activity in this case:
25
        <u>Name</u>
26
        None
27
    / / / /
28

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4   association):

5    <u>Name</u>

6    None

7    Please call me if you have any questions about this notice.

8    DATED: May 23, 2008

Respectfully submitted,

9

KAREN P. HEWITT
United States Attorney

10

11    s/ Peter J. Mazza

_____

12   PETER J. MAZZA
Assistant United States Attorney

13   Attorneys for Plaintiff
United States of America

14   Email: peter.mazza@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

Notice of Appearance

28   Matter of the Extradition of George Raymond Williams                    08MJ0560-POR

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 3 | IN THE MATTER OF THE | )　　Case No. 08MJ0560-POR |
|   | EXTRADITION OF GEORGE | ) |
| 4 | RAYMOND WILLIAMS | ) |
|   | | ) |
| 5 | | ) |
|   | _____ | ) |

6　　IT IS HEREBY CERTIFIED THAT:

7　　　　I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age.
8　　My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

9　　　　I am not a party to the above-entitled action.  I have caused service of a notice of appearance
on the following parties by electronically filing the foregoing with the Clerk of the District Court
10　　using its ECF System, which electronically notifies them.

11　　　　1. Michelle Betancourt ESQ.

12　　　　I declare under penalty of perjury that the foregoing is true and correct.

13　　　　Executed on May 23, 2008.

14　　　　　　　　　　　　　　　　　　s/ Peter J. Mazza
　　　　　　　　　　　　　　　　　　PETER J. MAZZA

15

16

17

18

19

20

21

22

23

24

25

26

27

28