UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>v.<br><br>GEORGE RAYMOND WILLIAMS,<br><br>Detainee. | Civil No.   08-mj-0560-WMC<br><br>**SCHEDULING ORDER** |

On May 20, 2008, George Raymond Williams appeared before the Court for a status hearing. Assistant U.S. Attorney Peter J. Mazza appeared on behalf of the United States of America. Michelle Betancourt of Federal Defenders appeared on behalf of the Detainee.  A.U.S.A. Mazza represents that he is in receipt of documents in support of Mexico's request for the extradition of the Detainee.  Mazza represents that the request and supporting documents will be lodged with chambers and copied to counsel for the Detainee on or before May 20, 2008.  IT IS HEREBY ORDERED:

1. A Motion Hearing will be held on **June 5, 2008** at **2:00 p.m**.  All motions shall be filed on or before **May 27, 2008**.  Any oppositions to such motions shall be filed on or before **June 2, 2008** at **12:00 p.m.**  Any replies to such oppositions shall be filed on or before **June 3, 2008** at **5:00 p.m.**

///

///

///

- 1 -

08mj560

1     2.     An Extradition Hearing shall be held on **June 20, 2008** at **2:00 p.m.**

3  DATED: May 22, 2008

_____
LOUISA S PORTER
United States Magistrate Judge