UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>v.<br><br>GEORGE RAYMOND WILLIAMS,<br>                           Detainee. | Civil No.   08-mj-0560-POR<br><br>**ORDER RESCHEDULING MOTION HEARING AND EXTRADITION HEARING** |

The Court held a conference in this matter on May 30, 3008.  Assistant U.S. Attorney Peter J. Mazza appeared on behalf of the United States of America.  Michelle Betancourt of Federal Defenders appeared on behalf of the Detainee George Raymond Williams.

Having received the documents in support of the Republic of Mexico's request for extradition, the Detainee requests that the Motion Hearing set for June 5, 2008 be rescheduled to allow him additional time to file motions.  The United States does not oppose this request.

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion Hearing set for June 5, 2008 at 2:00 p.m. shall be rescheduled and shall be held on **July 1, 2008** at **3:00 p.m.**  All motions shall be filed on or before **June 16, 2008**.  Any oppositions to such motions shall be filed on or before **June 23, 2008.**  Any replies to such oppositions shall be filed on or before **June 27, 2008.**

2. The Extradition Hearing set for June 20, 2008 at 2:00 p.m. shall be rescheduled to **July 29, 2008** at **9:30 a.m.**

///

1     3.     The previously scheduled June 5, 2008 Motion Hearing and June 20, 2008
Extradition Hearing are hereby VACATED.

IT IS SO ORDERED.

DATED: June 5, 2008

                                     _____
                                     LOUISA S PORTER
                                     United States Magistrate Judge