1  MICHELLE BETANCOURT
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4
5  Attorneys for Mr. George Williams
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10             (HONORABLE LOUISA S. PORTER)

11 | UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0560 |
12 |           Plaintiff,      | ) |                   |
13 | v.                        | ) | WAIVER OF DEFENDANT'S PRESENCE |
14 | GEORGE WILLIAMS,          | ) |                   |
15 |           Defendant.      | ) |                   |

16

17    I, George Williams, waive the right to be present in person in open court on the date set for motion
18 hearing and request for continuance. I understand that presence is required for all evidentiary hearings as
19 set forth in F.R.C.P. § 43(a).
20    I, George Williams, hereby request the Court to proceed during the motion hearing and request for
21 continuance in my absence which the Court may permit pursuant to this waiver; and hereby agree that my
22 interests will be deemed represented at all times by the presence of my attorney the same as if I were
23 personally present in court.

24
25                                                  /s/ George Williams
26 Dated: June 30, 2008
                                                    GEORGE WILLIAMS
27
28

08MJ0560