**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>**GEORGE RAYMOND WILLIAMS**, | Case No. 08mj0560<br><br>PROOF OF SERVICE |

Counsel for Mr. Williams certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    PETER MAZZA, Assistant United States Attorney's Office
    Peter Mazza peter.mazza@usdoj.gov

Dated: June 30, 2008                    *s/ Michelle Betancourt*
                                         MICHELLE BETANCOURT
                                         Federal Defenders of San Diego, Inc.,
                                         225 Broadway, Suite 900
                                         San Diego, CA 92101-5030
                                         (619) 234-8467 (tel)
                                         (619) 687-2666 (fax)
                                         e-mail: michelle_betancourt@fd.org