UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　v.<br><br>GEORGE RAYMOND WILLIAMS,<br><br>　　　　　　　　Detainee. | Civil No.   08-mj-0560-POR<br><br>**ORDER TO FILE SUPPLEMENTAL EXTRADITION PACKET** |

　　　On June 27, 2008, a Supplemental Extradition Packet was submitted by the United States of America, in support of the Republic of Mexico's request for extradition of the Detainee.  The submission was received by the office of the Clerk of the United States District Court for the Southern District of California, but was not placed in the file for the extradition request.  Courtesy copies of the submission were received by counsel for the Detainee and by the chambers of the Hon. Louisa S Porter.  On July 29, 2008, counsel for the parties  - Assistant U.S. Attorney Peter J. Mazza on behalf of the United States of America, and Michelle Betancourt of Federal Defenders on behalf of the Detainee - met in chambers and agreed to the re-submission of the information in the packet by the United States.  Counsel for the Detainee did not object to a filing of the Supplemental Extradition Packet without the original signatures that appear in the original packet received on June 27, 2008.

　　　IT IS HEREBY ORDERED that the United States of America shall submit a copy of the Supplemental Extradition Packet which was previously submitted to the Court.  The Clerk of the United States District Court for the Southern District of California shall receive the Supplemental

- 1 -

1 | Extradition Packet *nunc pro tunc* to June 27, 2008.  The Clerk of Court shall deliver the

2 | Supplemental Extradition Packet so that it may be kept in the chambers of the Honorable Louisa S

3 | Porter.

4 |     The Court confirms the date for hearing the Republic of Mexico's request for extradition of

5 | the Detainee.  The extradition hearing shall be held on **August 14, 2008** at **10:00 a.m.** in Courtroom

6 | H of the United States District Court for the Southern District of California.

7 |     IT IS SO ORDERED.

9 | DATED:  August 1, 2008

11 |                LOUISA S PORTER
United States Magistrate Judge