UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| USA, | Civil No.   08-mj-0560-POR |
|---|---|
| v. | **ORDER VACATING PRIOR ORDER RE SUPPLEMENTAL EXTRADITION PACKET** |
| GEORGE RAYMOND WILLIAMS, | |
| Detainee. | |

By Order dated August 1, 2008, the Court ordered the United States of America to submit an additional copy of its Supplemental Extradition Packet in this case which proceeds on an extradition request by the Republic of Mexico. The United States' Supplemental Extradition Packet was previously submitted to the Court and was received by the office of the Clerk of the United States District Court for the Southern District of California, but was not placed in the file for the extradition request.

Since the Court's August 1, 2008, Order a further diligent search was undertaken within the office of the Clerk of the United States District Court for the Southern District of California, and the Supplemental Extradition Packet submitted by the United States on June 27, 2008 was located. The packet which was found bears indicia of having being received by the clerk's office on June 27, 2008, and attached to it is an order to file the packet under seal dated June 30, 2008 which bears an original signature of the below-signed Magistrate Judge. The found packet also contains color copies of photographs that appear in black and white in the courtesy copies which were lodged with chambers and produced to counsel for the Detainee. As the packet which was found bears these

1  indicia of being the original Supplemental Extradition Packet that was submitted by the United
2  States, it shall remain the official record in these proceedings and shall be retained in chambers with
3  the documents initially filed in support of the Republic of Mexico's request for extradition.
4       The Court hereby VACATES the prior order requiring that the United States file an
5  additional copy of the Supplemental Extradition Packet.
6       The Court confirms the date for hearing the Republic of Mexico's request for extradition of
7  the Detainee.  The extradition hearing shall be held on **August 14, 2008** at **10:00 a.m.** in Courtroom
8  H of the United States District Court for the Southern District of California.
9       IT IS SO ORDERED.

11 DATED:  August 12, 2008

                                          _____
                                          LOUISA S PORTER
                                          United States Magistrate Judge